| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**TRENTON DIVISION** | |
| ROBERTSON, ANSCHUTZ & SCHNEID, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone: 561-241-6901<br>Attorneys For Secured Creditor<br>PNC BANK NA<br><br>Shauna Deluca, Esq. (SD-8248) | Order Filed on April 30, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **In Re:**<br><br>Duncan O. Ojiem,<br><br>      Debtor. | Case No.: 14-17955<br>Chapter   13<br>Judge:   Michael B. Kaplan |

## ORDER DIRECTING REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: April 30, 2019**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Page 2**

Debtor: Duncan O. Ojiem
Case No.: 14-17955-MBK
Caption of Order: **Order Directing Redaction of Personal Information**

___

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by PNC Bank NA, and regarding the following documents:

1. Proof of claim, filed on August 27, 2014, as Claim 10-1 on the Claims Register.

2. Motion for Relief, filed on June 19, 2015, as Docket Entry 64.

ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.