| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**TRENTON DIVISION** | |
| ROBERTSON, ANSCHUTZ & SCHNEID, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone: 561-241-6901<br>Attorneys For Secured Creditor<br>PNC BANK NA<br><br>Shauna Deluca, Esq. (SD-8248) | Order Filed on April 30, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **In Re:**<br><br>Duncan O. Ojiem,<br><br>      Debtor. | Case No.:   14-17955<br>Chapter     13<br>Judge:      Michael B. Kaplan |

### ORDER DIRECTING REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: April 30, 2019**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Page 2**

Debtor: Duncan O. Ojiem
Case No.: 14-17955-MBK
Caption of Order: **Order Directing Redaction of Personal Information**

_____

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by PNC Bank NA, and regarding the following documents:

1. Proof of claim, filed on August 27, 2014, as Claim 10-1 on the Claims Register.

2. Motion for Relief, filed on June 19, 2015, as Docket Entry 64.

ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 14-17955-MBK
Duncan O. Ojiem                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: May 01, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2019.
db             +Duncan O. Ojiem,    15 Barnett Place,   Piscataway, NJ 08854-5301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2019 at the address(es) listed below:
              Albert    Russo     docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    U.S. Bank National Association, as Trustee for Credit
               Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates,
               Series 2005-8 nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for Credit
               Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates,
               Series 2005-8 bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              Douglas G. Mitchell    on behalf of Debtor Duncan O. Ojiem doug@mitchelllawoffices.net,
               g18162@notify.cincompass.com
              Melissa N. Licker    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               NJ_ECF_Notices@buckleymadole.com
              Shauna M Deluca    on behalf of Creditor    PNC Bank, National Association sdeluca@rasflaw.com
                                                                                             TOTAL: 7